**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JEANNIE PATORA and NANCY KANE,
individually on behalf of themselves and all
others similarly situated,

                      Plaintiffs,

      -against-                                    22 **CIVIL** 6678 (VB)

                                                                **JUDGMENT**

VI-JON, LLC,

                      Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 30, 2023, Defendants' motion to dismiss is GRANTED. Accordingly, the consolidated cases (7:22-cv-06678-VB, 7:22-cv-07061-VB) are closed.

**Dated:**  New York, New York

      August 31, 2023

                                                       **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                             **BY:**
                                                       _____
                                                              **Deputy Clerk**